## Chatfield Manor, Inc., Appellee, v. Sam Roseman, Appellant.

### Gen. No. 43,063.

opinion filed September 11, 1944. Harry Shriman, of Chicago, for appellant; Henry H. Koven, of Chicago, for appellee; Louis E. Levinson, of Chicago, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.